UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANET HOYT,             CASE NO.: 0:17-CV-60591-GAYLES/OTAZO-REYES

    Plaintiff,

vs.

P.C.L. ENTERPRISE CORPORATION,
d/b/a FLOORS TO GO,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, P.C.L. ENTERPRISE CORPORATION, d/b/a FLOORS TO GO ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

                                     BY:    /s/ Jason S. Weiss
                                                 Jason S. Weiss
                                                 Jason@jswlawyer.com
                                                 Florida Bar No. 356890
                                                 WEISS LAW GROUP, P.A.
                                                 5531 N. University Drive, Suite 103
                                                 Coral Springs, FL 33067
                                                 Tel: (954) 573-2800
                                                 Fax: (954) 573-2798
                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 4th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

         BY: /s/ Jason S. Weiss
           Jason S. Weiss
           Jason@jswlawyer.com
           Florida Bar No. 356890