UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANET HOYT,   CASE NO.: 0:17-CV-60591-GAYLES/OTAZO-REYES

    Plaintiff,

vs.

P.C.L. ENTERPRISE CORPORATION,
d/b/a FLOORS TO GO,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff") and Defendant, P.C.L. ENTERPRISE CORPORATION, d/b/a FLOORS TO GO ("Defendant"), by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed with prejudice, with each party to bear her/its own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Dated this 31st day of August, 2017.

| WEISS LAW GROUP, P.A. | MARK J. BERKOWITZ, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 800 S.E. Third Avenue |
| Suite 103 | Suite 400 |
| Coral Springs, FL 33067 | Fort Lauderdale, Florida 33316 |
| Tel: (954) 573-2800 | Tel: (954) 527-0570 |
| Fax: (954) 573-2798 | Fax: (954) 767-0483 |
| | |
| BY:  /s/ Jason S. Weiss | BY: /s/ Mark J. Berkowitz |
| Jason S. Weiss | Mark J. Berkowitz |
| Jason@jswlawyer.com | Labor@markjberkowitz.com |
| Florida Bar No. 356890 | Florida Bar No. 369391 |